CARL SCHREIBER, Respondent, *v.* AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant.

Submitted February 25, 1943; decided April 8, 1943.

*Walter L. Glenney* for appellant.
*Solomon Raffe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.